[No. 33615.   Department Two.   July 3, 1956.]

*In the Matter of the Application for a Writ of Habeas Corpus of* ROGER
JAMES KAHLER, *Petitioner,* v. P. J. SQUIRE, *as Superintendent
of the State Reformatory, Respondent.*[1]

*Roger James Kahler, pro se.*

*The Attorney General* and *Michael R. Alfieri, Assistant,* for ·respondent.

PER CURIAM.—Petitioner, Roger James Kahler, was arrested· and charged with a violation of a section of the uniform firearms act, RCW 9.41.050. Kahler pleaded guilty. He was sentenced to ten years in the Washington state reformatory, under the penalty provision of the act, RCW 9.41.160.

In the case of *In re. Olsen v. Delmore,* 48 Wn. (2d) 545, 295 P. (2d) 324, we held that RCW 9.41.160 was unconstitutional. This being the case, the judgment and sentence under which Kahler is now being restrained is void. Therefore, the writ of *habeas corpus* will issue.

[1]Reported in 299 P. (2d) 570.

[No. 33538.   Department One.   August 16, 1956.]

PAUL PETER NEVA, *Respondent,* v. SHIRLEY ANN NEVA, *Appellant.*[1]

*Homer B. Splawn* and *Robert I. Bounds,* for appellant.

*Koenigsberg & Roberts,* for respondent.

PER CURIAM.—This is a divorce case. Each party asked for a divorce and for the custody of the four children born of the marriage. The pleadings included charges and countercharges by each party. The trial consumed one week's time, and the statement of facts consists of four hundred ninety-five pages. The trial court granted a divorce to the husband; denied a divorce to the wife; found that the husband was a proper person to be awarded the custody of the four children; and that the wife was not; divided the property between the parties; and awarded the custody of the four children to the husband, giving the right of reasonable visitation to the wife.

No useful purpose would be served by recounting the testimony. From our examination of the record, we are convinced that the evidence does not preponderate against the findings of the trial court.

The judgment is affirmed.

[1]Reported in 300 P. (2d) 574.